RECEIVED
06 MAY -2 AM 10: 02

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY 09 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DURHAM MEAT COMPANY, aka
Sierra Meat Company,

    Defendant.

CASE NO. CR 06-0308

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

C. Frederick Pinkerton, an active member in good standing of the bar of United States District Court, District of Nevada, whose business address and telephone number is:

333 Flint Street
Reno, Nevada 89501
(775) 322-7553

having applied for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Durham Meat Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

JAMES LARSON
United States Magistrate Judge

ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE